# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALVIN J. GRIFFIN, III,
                        Appellant,
              vs.
AGATA MACINKIEWICH,
                        Respondent.

No. 78133

FILED

MAR 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S.Young___
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing appellant's appeal from a justice court decision. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]In light of this decision, this court takes no action in regard to the request for transcripts filed on March 15, 2019, and the amended requests for transcripts filed on March 20 and 21, 2019.

19-12704

cc:    Hon. Richard Scotti, District Judge
        Alvin J. Griffin, III
        Law Office of Neal Hyman
        Eighth District Court Clerk